APPEAL No. 1754. JUDITH M. GRELLE, JOHN GRELLE, DONNA GRELLE, *p.p.a. v.* FRANK J. CALISE, *Administrator of the Estate of Maria A. Calise.* Motion to reargue denied. Doris, J., not participating. *Dominic F. Cresto,* for plaintiffs. *Martin M. Zucker,* for defendant.